15, 1965. *Arthur Jackson,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted March 15, 1965. *William A. Jones,* appellant, in propria persona; no brief was submitted for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Kloiber, Appellant, *v.* Myers.

Submitted March 15, 1965. *William Kloiber,* appellant, in propria persona; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Kuhn, Appellant, *v.* Russell.

Submitted March 15, 1965. *Joseph F. Kuhn,* appellant, in propria per-

sona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Kuhn, Appellant, v. Russell.

Submitted March 15, 1965. *Joseph F. Kuhn,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Laughlin, Appellant, v. Russell.

Submitted March 15, 1965. *Jay F. Laughlin,* appellant, in propria persona; *Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Marmarou v. Marmarou, Appellant.

Argued March 19, 1965. *Arthur M.*